UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00365-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. MICHAEL ARTHUR GRIGGS,
2. CHARLES HOMER "CHIP" SHARP,
3. JUSTIN SHANE BLACKBURN,
4. MARK R. TROUDT,
5. JASON ALAN CAIN,
**6. BRETT DAVID HARDING**,
8. MATTHEW KASKEL,
9. GARLAND SCOTT RISDON, and
10. DANIEL JOHN TRAVERS,

        Defendants,

and

DISASTER RESTORATION, INC.,

        Intervenor.

---

## ORDER REGARDING REQUEST FOR MODIFICATION OF THE CONDITIONS OF SUPERVISION

THIS MATTER is before the Court upon request by the probation officer to modify the conditions of supervision as to the above-named defendant. HAVING considered the probation officer's petition, the Court:

ORDERS the defendant's terms of supervision be modified to include the following special condition(s):

1. The defendant shall successfully complete a residential treatment program as

deemed appropriate by the probation officer, to commence as directed by the probation officer, and the defendant shall observe the rules of that facility.

FURTHER ORDERS that all terms and conditions of supervision previously imposed remain in full force and effect.

DATED this 30th day of July, 2015.

BY THE COURT:

Marcia S. Krieger
Chief United States District Judge